UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AQUALUCID CONSULTANTS, INC., et al.,

       Plaintiffs,

                                      Case No. 1:14-cv-479

v.

                                      HONORABLE PAUL L. MALONEY

ZETA CORPORATION, et al.,

       Defendants,

_____/

**JUDGMENT**

      Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.


Date:   January 30, 2017                       /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             United States District Judge